■ BERGER JOHANSSON, Appellant, v. STANDARD EXCAVATORS, INC., Respondent.— In an action to recover damages for personal injuries, the appeal is from an order denying appellant's motion for a trial preference pursuant to rule 151 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ ADOLPH KAUFMAN et al., Copartners Doing Business as KAUFMAN BROS., Respondents, v. 655 EAST FORDHAM ROAD REALTY CORP., Appellant, et al., Defendant.— In an action by former tenants against the corporation which owned the building, and another, to recover damages for wrongful eviction from commercial space pursuant to section 8 of the Commercial Rent Law (L. 1945, ch. 3, as amd.), the appeal is from so much of a judgment entered after trial by the court without a jury as is in favor of the former tenants against the corporation. Judgment insofar as appealed from unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [12 Misc 2d 578.]

■ EDWARD C. KLEE, Appellant, v. ROBERT F. WAGNER et al., Respondents, et al., Defendants.— Action for a judgment declaring null and void resolutions closing a portion of a street for the purpose of transferring title thereto, directing the rescission of said resolution, and enjoining the conveyance of said street. The appeals are (1) from an order (a) denying appellant's motion to stay, *pendente lite,* the condemnation of said street and the determination of compensation to be paid to the owners of property affected thereby, and (b) granting respondents' cross motion for summary judgment dismissing the complaint as to them, and (2) from the judgment entered thereon dismissing the complaint as to respondents. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.